UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BULTHOUSE,

       Plaintiff,                      Case No. 1:21–cv–281

v.                                  Hon. Paul L. Maloney

MUSKEGON, COUNTY OF, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above-captioned case was filed in this court on March 29, 2021 .   The case has been assigned to Paul L. Maloney .

                                            CLERK OF COURT

Dated:   March 30, 2021       By:   /s/ E. Doerr_____
                                               Deputy Clerk