# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased | Case No. 1:21-cv-00281<br>Hon. Paul L. Maloney  |
| v.<br>County of Muskegon et al. | TO: Wellpath, LLC<br>ADDRESS: Corporate Creations Network, Inc.<br>Registered Agent for Wellpath, LLC<br>28175 Haggerty Road<br>Novi, MI 48377 |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____ Wellpath, LLC _____ was received by me on _____.
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
on _____. (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO: Joseph Natole Jr., M.D., P.C.
ADDRESS: Joseph Natole, Jr. M.D.
Registered Agent for Joseph Natole Jr., M.D., P.C.
4701 Towne Centre, Ste. 103
Saginaw, MI 48604

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk | Date

---

## PROOF OF SERVICE

This summons for _____Joseph Natole Jr., M.D., P.C._____ was received by me on _____.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
on _____. (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization) (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO: Dr. Joseph Natole, MD
ADDRESS: Dr. Joseph Natole, MD
Muskegon County Jail
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk | Date

---

## PROOF OF SERVICE

This summons for _____ Dr. Joseph Natole, MD _____ was received by me on _____.
(name of individual and title, if any)                                               (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)                                          (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO: Carleen Blanche, RN
ADDRESS: Carleen Blanche, RN
7595 Holton Road
Holton, MI 49425

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT

04/09/2021

By: Deputy Clerk                                           Date

---

## PROOF OF SERVICE

This summons for ___Carleen Blanche, RN___ was received by me on _____.
(name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                       (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO: Aubrey Schotts, RN
ADDRESS: Aubrey Schotts, RN
Muskegon County Jail
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ Aubrey Schotts, RN _____ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281
Hon. Paul L. Maloney



TO: Jessica Ann Fairbanks, LPN
ADDRESS: Jessica Ann Fairbanks, LPN
Muskegon County Jail
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                            Date

---

## PROOF OF SERVICE

This summons for ___Jessica Ann Fairbanks, LPN___ was received by me on _____.
(name of individual and title, if any)                                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                                 (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(name)                     (date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)               (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

Additional information regarding attempted service, etc.:

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO: Ashleigh Severance, LPN

ADDRESS: Ashleigh Severance, LPN
Muskegon County Jail
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                          Date

---

## PROOF OF SERVICE

This summons for _____ Ashleigh Severance, LPN _____ was received by me on _____.
(name of individual and title, if any)                                                                      (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)                           (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                    _____
                                                                                  Server's signature

Additional information regarding attempted service, etc.:                     _____
                                                                                  Server's printed name and title

                                                                                  _____
                                                                                  Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO: Danielle Carlson, LPN
ADDRESS: Danielle Carlson, LPN
Muskegon County Jail
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                                    Date

---

## PROOF OF SERVICE

This summons for _____ Danielle Carlson, LPN _____ was received by me on _____.
<br>(name of individual and title, if any)                                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.
<br>(date)                                    (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
<br>(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
<br>(date)

☐ I served the summons on _____, who is designated by law to accept service
<br>(name of individual)
of process on behalf of _____ on _____.
<br>(name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
<br>Server's signature

Additional information regarding attempted service, etc.:

_____
<br>Server's printed name and title

_____
<br>Server's address

AO 440 (Rev. 06/12 Summons in a Civil Action PLMP SJB 07/18)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO:
ADDRESS:
David Lopez, LPN
David Lopez, LPN
Muskegon County Jail
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                           Date

---

## PROOF OF SERVICE

This summons for _____David Lopez, LPN_____ was received by me on _____.
                        (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.
        (date)                                                          (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                              (name)
                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased | Case No.1:21-cv-00281 <br>Hon. Paul L. Maloney |
| v.<br>County of Muskegon et al. | TO: Richele Marion, EMT<br>ADDRESS: Richele Marion, EMT<br>Muskegon County Jail<br>990 Terrace Street, 6th Floor<br>Muskegon, MI 49442 |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ Richele Marion, EMT _____ was received by me on _____.
                        (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                      (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (name)
                                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
                                        Server's signature

_____
                                    Server's printed name and title

_____
                                        Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO: Britni Brinkman, EMT

ADDRESS: Britni Brinkman, EMT
Muskegon County Jail
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____Britni Brinkman, EMT_____ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                    (name)                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                         (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO: Sara Bruce, EMT
ADDRESS: Sara Bruce, EMT
Muskegon County Jail
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                      Date

---

## PROOF OF SERVICE

This summons for _____ Sara Bruce, EMT _____ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                     (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____ (date) _____, and mailed a copy to the individual's last known address.

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO: County of Muskegon
ADDRESS: Muskegon County Clerk
Attn: Clerk Nancy A. Waters
990 Terrace Street
1st Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



By: Deputy Clerk                             Date

04/09/2021

---

## PROOF OF SERVICE

This summons for _____ County of Muskegon _____ was received by me on _____.
(name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)                                  (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                   (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

     My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO: Sheriff Michael Poulin
ADDRESS: Sheriff Michael Poulin
Muskegon County Sheriff
990 Terrace Street
6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk      Date

---

## PROOF OF SERVICE

This summons for _____ Sheriff Michael Poulin _____ was received by me on _____.
    (name of individual and title, if any)     (date)

☐ I personally served the summons on the individual at _____
on _____.
  (date)     (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
    (date)

☐ I served the summons on _____, who is designated by law to accept service
    (name of individual)
of process on behalf of _____ on _____.
    (name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
    *Server's signature*

Additional information regarding attempted service, etc.:

_____
    *Server's printed name and title*

_____
    *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO: Lt. Mark Burns
ADDRESS: Lt. Mark Burns
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to  serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ ▾ days after service of this sum mons on you (not
counting the day  you  received it). If y ou  fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint.  You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
  113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                  Date

## PROOF OF SERVICE

This summons for _____ Lt. Mark Burns _____ was received by me on _____ .
                            (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____ .
       (date)                        (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                      (name)
of suitable age and discretion who resides there, on _____ , and mailed a copy to the individual's last known address.
                                          (date)

☐ I served the summons on _____ , who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____ .
                         (name of organization)                  (date)

☐ I returned the summons unexecuted because _____ .

☐ Other (specify) _____ .

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO: Sgt. David Vanderlaan
ADDRESS: Sgt. David Vanderlaan
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ Sgt. David Vanderlaan _____ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____

on _____.                                            (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(name)                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney



TO: Deputy Brittany Miller

ADDRESS: Deputy Brittany Miller
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for ___Deputy Brittany Miller___ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN



John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased

v.

County of Muskegon et al.

Case No.1:21-cv-00281

Hon. Paul L. Maloney

TO: Deputy Jessie Olson
ADDRESS: Deputy Jessie Olson
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                Date

---

## PROOF OF SERVICE

This summons for _____ Deputy Jessie Olson _____ was received by me on _____.
(name of individual and title, if any)                         (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)                                (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(name)                         (date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                         (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO: Deputy Crystal Greve
ADDRESS: Deputy Crystal Greve
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                                    Date

---

## PROOF OF SERVICE

This summons for _____ Deputy Crystal Greve _____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____ (name) _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                          (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO: Deputy Justin Wall
ADDRESS: Deputy Justin Wall
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to  serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this sum mons on you (not
counting the day  you received it). If y ou fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint.  You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ Deputy Justin Wall _____ was received by me on _____.
              (name of individual and title, if any)                       (date)

☐ I personally served the summons on the individual at _____
on _____.
    (date)                            (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                         (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                  (date)

☐ I served the summons on _____, who is designated by law to accept service
                    (name of individual)
of process on behalf of _____ on _____.
                 (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
               Server's signature

Additional information regarding attempted service, etc.:

_____
               Server's printed name and title

_____
               Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

<table>
<tr><td>John Bulthouse Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased<br><br><br>v.<br>County of Muskegon et al.</td><td>Case No.1:21-cv-00281<br>Hon. Paul L. Maloney <br><br>TO: Deputy Christopher Graviano<br>ADDRESS: Deputy Christopher Graviano<br>Muskegon County Sheriff's Office<br>990 Terrace Street, 6th Floor<br>Muskegon, MI 49442</td></tr>
</table>

A lawsuit has been filed against you.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

YOU ARE HEREBY SUMMONED and required to  serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

CLERK OF COURT



The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
  113 Federal Building, 315 W. Allegan, Lansing, MI  48933

04/09/2021

By: Deputy Clerk                                                                    Date

## PROOF OF SERVICE

This summons for _____Deputy Christopher Graviano_____ was received by me on _____.
                          (name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____
on _____.                                                              (place where served)
           (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

                                    _____
                                         Server's signature

Additional information regarding attempted service, etc.:
                                    _____
                                         Server's printed name and title

                                    _____
                                         Server's address

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) AO440 07/10

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO: Deputy Bradley Perri
ADDRESS: Deputy Bradley Perri
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                                    Date

---

## PROOF OF SERVICE

This summons for _____ Deputy Bradley Perri _____ was received by me on _____.
                              (name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
          (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                        (name)
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO: Deputy Jamal Lane
ADDRESS: Deputy Jamal Lane
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ Deputy Jamal Lane _____ was received by me on _____.
<br>(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                              (place where served)
<br>(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
<br>(name)
<br>(date)

☐ I served the summons on _____, who is designated by law to accept service
<br>(name of individual)
of process on behalf of _____ on _____.
<br>(name of organization)                                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
<br>Server's signature

_____
<br>Server's printed name and title

Additional information regarding attempted service, etc.:

_____
<br>Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO: Deputy Jeffery Patterson
ADDRESS: Deputy Jeffery Patterson
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ Deputy Jeffery Patterson _____ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

John Bulthouse Individually and as Personal
Representative for the Estate of Paul Bulthouse,
Deceased

v.

County of Muskegon et al.

Case No. 1:21-cv-00281

Hon. Paul L. Maloney



TO:
ADDRESS:
Deputy Shawn Baker
Deputy Shawn Baker
Muskegon County Sheriff's Office
990 Terrace Street, 6th Floor
Muskegon, MI 49442

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Marcel S. Benavides Law Office
Marcel Benavides
801 W. Eleven Mile Road, Ste. 130
Royal Oak, MI 48067

CLERK OF COURT



04/09/2021

By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____ Deputy Shawn Baker _____ was received by me on _____.
                                    (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                              (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                            (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                        _____
                                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                        _____
                                                                Server's printed name and title

                                                        _____
                                                                    Server's address