IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

John Bulthouse
(Estate of Paul Bulthouse)

      Plaintiff,      Case No. 21-cv-00281
                 Hon. Paul Maloney
Muskegon County            Magistrate
      Defendant.

## Mediation Status Report

**The mediator must submit this report within 7 days of completing mediation or of determining mediation is inappropriate**

1. ☒ Mediation was completed on

                     Date: May 5, 2021

    The participants were:

    Marcel Benavides    on behalf of  Plaintiff

    Allan Vander Laan   on behalf of  Defendant

                     This case was:

    ☒ a. settled.
    ☐ b. not settled. Further alternative dispute resolution proceedings [are/are not] appropriate.

                /S/ Daniel P. Ryan

Date: May 6, 2021          _____
                Signature:

                /s/ Daniel P. Ryan_____