UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHN BULTHOUSE Individually and as
Personal Representative for the Estate of
Paul Bulthouse, Deceased,

    PLAINTIFF,

    -vs-

Case No.: 1:21-cv-00281
Hon. Paul L. Maloney

COUNTY OF MUSKEGON, a municipal corporation, et. al.

    DEFENDANTS.
_____/

| | |
|---|---|
| The Marcel S. Benavides Law Office<br>Marcel S. Benavides (P69562)<br>Attorney for Plaintiff<br>801 West Eleven Mile Rd., Ste. 130<br>Royal Oak, MI  48067<br>(248) 549-8555<br>benavideslaw@att.net | Foley, Baron, Metzger & Juip PLLC<br>Brian J. Richtarcik (P49390)<br>Randall A. Juip (P58538)<br>Attorneys for Defendants, Wellpath, LLC, Joseph Natole, M.D., Carleen Blanche, RN, Jessica Fairbanks, LPN, Ashleigh Severance, LPN, Aubrey Schotts, RN, Richele Marion, EMT, Danielle Carlson, LPN, Britni Brinkman, EMT and David Lopez, LPN, only<br>38777 Six Mile Rd., Ste. 300<br>Livonia, MI 48152<br>(734) 742-1800<br>brichtarcik@fbmjlaw.com<br>rajuip@fbmjlaw.com |

_____/

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT
SARA BRUCE, EMT TO ANSWER THE COMPLAINT
AND FILE AFFIDAVIT  OF MERITORIOUS DEFENSE**

    Defendant, SARA BRUCE, EMT was served a copy of the Complaint on 5/23/2021 and her attorneys, FOLEY, BARON, METZGER & JUIP, PLLC, have filed an appearance contemporaneously with this proposed stipulation and order. Plaintiff's counsel agrees to stipulate to extend the time for SARA BRUCE, EMT to answer the complaint to 7/8/2021 and also extend the time for SARA BRUCE, EMT and WELLPATH, LLC to file Affidavits of Meritorious Defense concerning SARA BRUCE, EMT required by MCL 600.2912e to be due 91 days after SARA BRUCE, EMT files her answer to the Complaint.

THEREFORE, Defendant SARA BRUCE, EMT's Answer to the Complaint shall be due filed on or before 7/8/2021, and an affidavit of Meritorious Defense concerning the claims against SARA BRUCE, EMT and/or WELLPATH, LLC pursuant to MCL 600.2912e shall be due filed on or before 91 days after SARA BRUCE, EMT files her Answer.

Date:  June 7, 2021                                           /s/ Paul L. Maloney                           
                                                            DISTRICT COURT JUDGE

I stipulate to entry of the above order as to form and substance:

| | |
|---|---|
| /s/Marcel S. Benavides  with consent<br>Marcel S. Benavides (P69562)<br>Attorneys for Plaintiff | /s/Brian J. Richtarcik<br>Brian J. Richtarcik (P49390)<br>Attorneys for Defendants, Wellpath, LLC, Joseph Natole, M.D., Carleen Blanche, RN, Jessica Fairbanks, LPN, Ashleigh Severance, LPN, Aubrey Schotts, RN, Richele Marion, EMT, Danielle Carlson, LPN, Britni Brinkman, EMT, David Lopez, LPN, and Sara Bruce, EMT, only. |

Prepared by:

/s/Brian J. Richtarcik           
BRIAN J. RICHTARCIK (P49390)