# *Exhibit 3*

## *County Defendants Settlement Breakdown*

# EXHIBIT NO 3
# SETTLEMENT BREAKDOWN

*Estate of Paul Bulthouse*

| | |
|---|---:|
| **Gross Settlement Amount** | **$2,400,000.00** |
| Litigation Law Firm Costs | $25,854.81 |
| **Subtotal** | **$2,374,145.19** |
| Contingency Fee | $791,381.73 |
| **Net Settlement** | **$1,582,763.46** |
| Optum Lien | $126.38 |
| The Darren Findling Law Firm, PLC | $5,449.50 |
| **Net Proceeds for Distribution** | **$1,577,187.58** |
| John Bulthouse | $525,729.20 |
| Barbara Bulthouse | $525,729.19 |
| Jeremy Bulthouse | $525,729.19 |