# *Exhibit 4*

## *Itemized Invoice*

**THE PROBATE PRO**
414 W. Fifth Street
Royal Oak, MI  48067



Estate of Paul Douglas Bulthouse, Deceased
Benavides Law
801 W. Eleven Mile Rd.
#130
Royal Oak, MI 48067
Marcel Benavides

October 20, 2021

## BILLING SUMMARY

| | |
|---|---|
| Attorney Fees | $5,438.50 |
| Costs | $11.00 |
| Payments | $0.00 |
| Previous Balance | $0.00 |
| **BALANCE DUE** | **$5,449.50** |





PAY ONLINE

---

Thank you for entrusting your important legal matters to The Darren Findling Law Firm, PLC.
We accept payment in the form of check, cash, money order, VISA, MasterCard, DiscoverCard and American Express.

If you have a stored payment method, it will be charged on or about the 20th of the month following the billing period to provide you an opportunity to review the bill. If you wish to dispute the bill or use a different form of payment, please notify The Probate Pro prior to the 20th of the month following the billing period.

Pay online with a secured payment link at www.TheProbatePro.com/Payment

Please make all checks payable to "The Darren Findling Law Firm, PLC" and reference your file name on the check.
Our Tax ID is 46-0739550.

*Thank you for your confidence in our office. We are committed to serving you. Prompt payment of the balance is appreciated.
If you should have any questions, please call the billing team at (248) 399-3300.*



(833) PROBATE
www.THEPROBATEPRO.com

414 W. Fifth Street
Royal Oak, MI  48067

Estate of Paul Douglas Bulthouse, Deceased
Benavides Law
801 W. Eleven Mile Rd.
#130
Royal Oak, MI 48067
Marcel Benavides



October 20, 2021
File Name:      Estate of Paul Douglas Bulthouse, Deceased
File Type       Probate-PI Support
Contact Person: Probate-PI Only

*Professional Services*

|  |  |  | Time | Amount |
|---|---|---|---|---|
| 6/28/2021 DF | Telephone call with client. Prepared Substitution of Counsel, Notice of Continued Administration and Inventory | | 1.0 | $375.00 |
| PL | Receipt of Letters of Authority. Calendared due dates/deadlines | | 0.4 | $60.00 |
| PL | Receipt, review and attention to initial documents regarding intake of case. | | 1.0 | $150.00 |
| 7/12/2021 JD | Memo to paralegal regarding follow up with David Bowen to obtain copies of filed probate pleadings and execution of substitution of counsel, filing of Notice of Continued Administration. | | 0.2 | $59.00 |
| 7/16/2021 PL | Contact made with Attorney-Bowen requesting signature on Substitution; sent substitution via docusign for signature; Reviewed Letters of Authority for Personal Representative. Confirmed need to continue the administration of the probate estate.  Prepared final draft of Notice of Continued Administration for filing with the probate court. Prepared and mailed letter to Interested Parties enclosing Notice of Continued Administration and drafted Proof of Service for filing with the probate court. | | 1.2 | $180.00 |
| 7/19/2021 PL | Phone call to Bowen's office requesting copy of substitution be signed. | | 0.2 | $30.00 |
| 7/21/2021 PL | phone call to Attorney Bowen regarding executing substitution of attorney | | 0.2 | $30.00 |

Estate of Paul Douglas Bulthouse, Deceased                                                                        *Page    2*

|  |  |  |  | *Time* | *Amount* |
|---|---|---|---|---|---|
| 7/29/2021 | PL | Phone call to Attorney Bowen's office requesting signature on the stipulation for substitution of attorneys. | | 0.2 | $30.00 |
| 8/2/2021 | PL | Phone call to Bowen regarding executing the substitution of attorneys. Follow up call end of day. | | 0.4 | $60.00 |
| 8/3/2021 | PL | Phone call & Preparation of fax attaching substitution of attys for signature. | | 0.4 | $60.00 |
| 8/4/2021 | PL | Correspondence drafted to Muskegon County Probate Court regarding entering the Substitution of Attorneys and filing of the Notice of Continued Administration. | | 0.6 | $90.00 |
| | JD | Reviewed and executed substitution of counsel. | | 0.2 | $59.00 |
| 8/5/2021 | KJB | Notification of settlement reached. Review of file for analysis regarding requirements of settlement approval. Communication with litigation counsel's office regarding settlement details. | | 0.4 | $114.00 |
| 8/6/2021 | KJB | Communication with litigation counsel regarding facts of case. | | 0.6 | $171.00 |
| 8/12/2021 | KJB | Communication with litigation counsel regarding details of settlement. | | 0.2 | $57.00 |
| 8/27/2021 | JD | Reviewed and executed Notice of Continued Administration. | | 0.2 | $59.00 |
| 8/31/2021 | PL | Email to court requesting copies of pertinent filed documents. | | 0.2 | $30.00 |
| 9/3/2021 | PL | Communication with court to retrieve copies of needed documents. Prepared check and cover letter. Mailed to court to get documents back in prepaid envelope. | | 0.2 | $30.00 |
| 9/13/2021 | KJB | Communication with litigation counsel regarding settlement. | | 0.4 | $114.00 |
| 9/23/2021 | KJB | Communication with litigation counsel regarding settlement details. | | 0.2 | $57.00 |
| 9/24/2021 | JD | Review and respond to email from litigation counsel regarding request for estate and client W9s, advise same that settlement is not taxable income estate or wrongful death claimants. | | 0.4 | $118.00 |
| | KJB | Communication with litigation counsel regarding documents needed for settlement approval. Began drafting Motion to Approve Settlement and Proposed Order Granting Motion. Communication with litigation counsel regarding wrongful death claimants. | | 1.0 | $285.00 |

Estate of Paul Douglas Bulthouse, Deceased

*Page    3*

| Date | Initials | Description | Time | Amount |
|---|---|---|---|---|
| 9/27/2021 | KJB | Communication with litigation counsel regarding wrongful death claimant information. Continued drafting Motion to Approve Settlements and Proposed Order Granting Motion. Drafted Wrongful Death IP List. Communication with litigation counsel regarding settlements. | 1.6 | $456.00 |
| 9/28/2021 | KJB | Communication with litigation counsel regarding estate and Motion to Approve Settlements. Continue drafting Motion to Approve Settlements, Settlement Breakdowns, and Proposed Order Granting Motion. | 0.8 | $228.00 |
|  | FO-PL | Reviewed Motion. Prepared Notice of Hearing on Motion filed with the federal court. Prepared a cover letter to the interested parties to serve the Motion and Notice of Hearing. Prepared a Proof of Service for filing with probate court. Prepared proposed order for entry on hearing date. | 1.6 | $240.00 |
|  | FO | Appearance in Federal Court on Motion. Met with client(s) before and after hearing. Presented and obtained entered orders. | 2.5 | $687.50 |
|  | FO-PL | Prepared pleadings and documents in connection with closing of estate in Probate Court. Review and attention to court order reflecting no assets be received by deceased probate estate. Prepared Amended Inventory. Prepared Sworn Statement to Close and Certificate of Completion. Filed Sworn Statement to Close at Probate Court. Service of Sworn Closing Statement on all interested parties. Serve Certificate of Completion to all interested parties. Prepared Proof of Service. | 3.0 | $450.00 |
|  | FO | Audit of File | 0.4 | $110.00 |
|  | FO | Review of file for closing, review and execute Amended Inventory and Sworn Statement to Close. | 0.4 | $110.00 |
|  | FO-PL | Prepared letter to Interested Parties with service of Order; prepared Proof of Service for filing; scanned all documents to file. | 0.7 | $105.00 |
| 9/30/2021 | KJB | Communication with litigation counsel regarding Motion to Approve Settlement. | 0.2 | $57.00 |
| 10/4/2021 | KJB | Communication with litigation counsel regarding stip and order for more time to file Motion to approve settlement. | 0.4 | $114.00 |
| 10/5/2021 | KJB | Communication with litigation counsel regarding distribution of proceeds and lien. Revised Motion to Approve Settlement with revised settlement statements. | 0.8 | $228.00 |
| 10/13/2021 | KJB | Communication with litigation counsel regarding Motion to Approve Settlement. | 0.2 | $57.00 |

<u>Estate of Paul Douglas Bulthouse, Deceased</u>                                                    *Page    4*

|            |     |                                                                                                                                                                                                                                                   | *Time* | *Amount* |
|------------|-----|---|---|---|
| 10/15/2021 | KJB | Communication with litigation counsel regarding Release. | 0.2 | $57.00 |
|            | PL  | Prepared final draft of Notice of Continued Administration for filing with the probate court. Prepared and mailed letter to Interested Parties enclosing Notice of Continued Administration and drafted Proof of Service for filing with the probate court. | 1.0 | $150.00 |
| 10/19/2021 | KJB | Communication with litigation counsel regarding distribution of proceeds. | 0.2 | $57.00 |
| 10/20/2021 | KJB | Continued revisions of Motion to Approve Settlement, Settlement Breakdowns, and Proposed Order Granting Motion. | 0.4 | $114.00 |
|            |     | *Total Time Charges* | *24.20* | *$5,438.50* |

| 9/2/2021 | ESTATE OF PAUL BULTHOUSE - COPIES OF PETITION, TESTIMONY, AND INVENTORY<br>Check # 34900 | $11.00 |
|---|---|---|
|  | *Total Filing Fees and Costs* | *$11.00* |
|  | *Total Amount of this Bill* | *$5,449.50* |
|  | *BALANCE DUE* | *$5,449.50* |

Estate of Paul Douglas Bulthouse, Deceased					Page	5

*Average Billing Rate*

| Name | Time | Avg Rate |
|---|---|---|
| Darren Findling | 1.00 | $375.00 |
| Jim Duquet | 1.00 | $295.00 |
| Rhonda Bradley | 0.40 | $150.00 |
| File Owner | 3.30 | $275.00 |
| Kevin Barbieri | 7.60 | $285.00 |
| Cordell Cox | 1.20 | $150.00 |
| File Owner - Paralegal | 5.30 | $150.00 |
| Mary Mayberry | 3.40 | $150.00 |
| Shelby Taylor | 1.00 | $150.00 |