# *Confidential Exhibit 6*

## *Wellpath Defendants Settlement Breakdown*