UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BULTHOUSE, Individually and as
Personal Representative for the Estate of Paul
Bulthouse, deceased,

  Plaintiff,

v.

COUNTY OF MUSKEGON, et al.,

  Defendants.
            /

Case No. 1:21-cv-281

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION TO SEAL

Pending before the Court is Defendant Wellpath, LLC's motion for protective order to file settlement documents under seal (ECF No. 36). Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion for protective order to file settlement documents under seal (ECF No. 36) is GRANTED for the reasons stated in the motion.

Dated:  November 17, 2021         /s/ Paul L. Maloney
                         Paul L. Maloney
                         United States District Judge