# EXHIBIT

# A

01135775-1

## ADDENDUM
## RELEASE AND SETTLEMENT AGREEMENT

This Addendum is hereby incorporated into that certain Release and Settlement Agreement ("Agreement") by and between the entities designated as Undersigned, and Released Parties, dated September 10, 2021.

The parties hereby agree that the definition of "Released Parties" as stated in Section II(B) of the Agreement shall include **Deputy Bradley Perri and Deputy Jamal Lane**. Section II(B) shall remain the same in all other respects.

The above provisions shall be and hereby are applicable to the entire term of the subject Agreement between Undersigned and Release Parties.

IN WITNESS WHEREOF, the undersigned have set forth the undersigned's hand and seal this 8th day of April, 2022.

The Undersigned:

_John Bulthouse_ (signature)

John Bulthouse, Individually and as personal Representative for the Estate of Paul Bulthouse, Deceased

Subscribed and sworn to me on this 18th day of April, 2022, in Muskegon County, Michigan.

_Carla Lindemulder_ (signature), Notary Public
Muskegon County, Michigan
My Commission Expires: 7-17-28

CARLA LINDEMULDER
Notary Public - State of Michigan
County of Ottawa
My Commission Expires Jul 17, 2028
Acting in the County of _____

As to form:

April 14, 2022

_Marcel S. Benavides_ (signature)
Marcel S. Benavides (P69562)
Attorney for Plaintiff

01556957-1

1