UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN BULTHOUSE, Individually and as Personal Representative for the Estate of Paul Bulthouse, Deceased,<br>　　　　　　　　　Plaintiff,<br><br>-v-<br><br>COUNTY OF MUSKEGON, et al.<br>　　　　　　　　　Defendants. | No. 1:21-cv-281<br><br>Honorable Paul L. Maloney |

## ORDER DENYING MOTION FOR PROTECTIVE ORDER (ECF No. 56)

The Wellpath Defendants filed a motion for a protective order. (ECF No. 56.)

Plaintiff Bulthouse and Defendants reached two settlement agreements. Plaintiff reached one settlement agreement with Muskegon County and the individuals associated with the County. Plaintiff reached a second settlement agreement with Wellpath and the individuals and entities associated with Wellpath. Plaintiff and the Wellpath Defendants seek to keep their agreement confidential. Because this is a wrongful death action, Plaintiff filed a motion asking the Court to approve the settlements and the proposed distribution of funds. At the hearing, the Court noted that three named defendants—two associated with Muskegon County and one associated with Wellpath—were not included in the two settlement agreements. The parties filed several documents attempting to address this oversight.

Wellpath Defendants filed a motion for a protective order to file under seal an addendum concerning the settlement with the Wellpath Defendants. (ECF No. 56.)

Wellpath Defendants also filed the proposed addendum, which Plaintiff signed. (ECF No. 57.) The Court **DENIES** Wellpath Defendants' motion for a protective order. In the motion for a protective order, Wellpath Defendants describes in detail the entirety of the contents of the proposed addendum. The Court cannot identify any sensitive, private, or confidential information contained in the proposed addendum. Wellpath Defendants will need to explain why this document should be subject to restricted access or filed under seal.

    **IT IS SO ORDERED.**

Date:   May 10, 2022                                   /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                         United States District Judge