UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BULTHOUSE, individually and )
as Personal Representative of the Estate )
of Paul Bulthouse, )
      Plaintiff, )
             ) No. 1:21-cv-281
-v- )
             ) Honorable Paul L. Maloney
COUNTY OF MUSKEGON, *et al.* )
      Defendants. )
             )

## JUDGMENT

The parties reached two settlements, which resolves all pending claims. The Court approved the two settlements. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 27, 2022             /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge